

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the ***incorrect*** transaction (the one for which you are requesting a refund), not the ***correct*** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:\*** Rachel E. Morowitz | 7. **Your Phone Number:** (206) 623-1900 | | |
| 2. **Your Email Address: \*** rmorowitz@kellerrohrback.com | 8. **Full Case Number (if applicable):** 4:21-cv-01596-YGR | | |
| 3. **Receipt Number:\*** 0971-15686566 | 9. **Fee Type:\*** | ☐ Attorney Admission ☐ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☑ Pro Hac Vice ☐ Writ of Habeas Corpus | |
| 4. **Transaction Date:\*** 03/11/2021 | | | |
| 5. **Transaction Time:\*** 10:10 am | | | |
| 6. **Transaction Amount (Amount to be refunded):\*** $ 317.00 | | | |

**10. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the ***correct*** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the ***open*** case).

A motion for leave to appear in Pro Hac Vice was filed (ECF No. 11), however Ms. Morowitz was admitted to to the N.D. of California on Feberuary 2, 2021.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☐ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |