Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the *incorrect* transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** Rachel E. Morowitz | 7. **Your Phone Number:** (206) 623-1900 | | |
| 2. **Your Email Address: *** rmorowitz@kellerrohrback.com | 8. **Full Case Number (if applicable):** 4:21-cv-01596-YGR | | |
| 3. **Receipt Number:*** 0971-15686566 | **9. Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus | |
| 4. **Transaction Date:*** 03/11/2021 | | | |
| 5. **Transaction Time:*** 10:10 am | | | |
| 6. **Transaction Amount (Amount to be refunded):*** $ 317.00 | | | |

**10. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

A motion for leave to appear in Pro Hac Vice was filed (ECF No. 11), however Ms. Morowitz was admitted to to the N.D. of California on Feberuary 2, 2021.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED** By Ana Banares at 4:29 pm, Mar 11, 2021 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 26RHD680 | Agency refund tracking ID number: 0971- 15686566 |
| Date refund processed: 3/12/2021 | Refund processed by: JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

# Jesusa Nobleza

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, March 12, 2021 4:06 PM |
| **To:** | Jesusa Nobleza |
| **Subject:** | Pay.gov  Refund: CAND CM ECF |

CAUTION - EXTERNAL:

Your refund has been submitted to Pay.gov and the details are below. If you have any questions regarding this refund, please contact CAND Help Desk at (866) 638-7829 or ECFHelpdesk@cand.uscourts.gov.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26RHD68O
Agency Tracking ID: 0971-15686566

Payment Method: Plastic Card
Transaction Type: Refund
Transaction Date: Mar 12, 2021 07:04:09 PM

Transaction Amount: $317.00
Account Holder Name: Rachel Morowitz
Card Type: Visa
Card Number: ************8136

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.