Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spencer Lybrook, Alec English, Michael Watson, and Cody Hill, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.<br><br>Defendant(s). | Case No: 4:21-cv-01596 YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Gretchen Freeman Cappio, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeffrey Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1201 Third Ave., Suite 3200<br>Seattle, WA 98101 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>180 Grand Ave., Suite 1380<br>Oakland, CA 94612 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>206-623-1900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>510-463-3900 |
| MY EMAIL ADDRESS OF RECORD:<br>gcappio@kellerrohrback.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jlewis@kellerrohrback.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29576.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/8/21

Gretchen Freeman Cappio
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gretchen Freeman Cappio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 15, 2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
YVONNE GONZALEZ ROGERS

*PRO HAC VICE* APPLICATION & ORDER                                                                                     *October 2012*