Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Spencer Lybrook, Alec English, Michael Watson, and Cody Hill, individually and on behalf of all others similarly situated,

          Plaintiff(s),

v.

Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

          Defendant(s).

Case No: 4:21-cv-01596  YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

I, Ryan McDevitt, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeffrey Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1201 Third Ave., Suite 3200<br>Seattle, WA 98101 | 180 Grand Ave., Suite 1380<br>Oakland, CA 94612 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| 206-623-1900 | 510-463-3900 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| rmcdevitt@kellerrohrback.com | jlewis@kellerrohrback.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43305.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/8/21

                                                Ryan McDevitt
                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan McDevitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 15, 2021

                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE