Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone (510) 463-3900
Fax (510) 463-3901
jlewis@kellerrohrback.com

Attorneys for Plaintiffs
*(Additional Attorneys Listed on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SPENCER LYBROOK, ALEC ENGLISH, MICHAEL WATSON, and CODY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | No. 4:21-cv-01596<br><br>**NOTICE OF APPEARANCE OF COUNSEL RACHEL E. MOROWITZ ON BEHALF OF PLAINTIFFS** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rachel E. Morowitz of the law firm Keller Rohrback L.L.P., 1201 Third Ave, Suite 3200, Seattle, Washington 98101, who is admitted and authorized to practice in this court, hereby appears in this case as counsel for Plaintiffs.

DATED this 18th day of March, 2021.

KELLER ROHRBACK L.L.P.


By: *s/ Rachel E. Morowitz*
Rachel E. Morowitz (SBN 326385)
Gretchen Freeman Cappio (*appearance pro hac vice*)
Ryan McDevitt (*appearance pro hac vice*)
Maxwell Goins (*appearance pro hac vice*)

No. 4:21-cv-01596     1     NOTICE OF APPEARANCE

|   |   |
|---|---|
| 1 | KELLER ROHRBACK L.L.P. |
| 2 | 1201 Third Avenue, Suite 3200 |
|   | Seattle, WA 98101-3052 |
| 3 | Phone: (206) 623-1900 |
|   | Fax: (206) 623-3384 |
| 4 | rmorowitz@kellerrohrback.com |
|   | gcappio@kellerrohrback.com |
| 5 | rmcdevitt@kellerrohrback.com |
|   | mgoins@kellerrohrback.com |


1
2
3
4
5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
rmorowitz@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
mgoins@kellerrohrback.com

Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone: (519) 463-3900
Fax: (510) 463-3901
jlewis@kellerrohrback.com

Joseph G. Sauder (*pro hac vice forthcoming*)
Matthew D. Schelkopf (*pro hac vice forthcoming*)
Joseph B. Kenney
Sonjay C. Singh
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Phone: 610-200-0580
Fax: 610-421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com
scs@sstriallawyers.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I, Rachel E. Morowitz, hereby certify that on this 18th day of March, 2021, I electronically filed the above Notice of Appearance of Counsel Rachel E. Morowitz on Behalf of Plaintiffs with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record. Copies will be served by U.S. Mail on the following parties who have not yet entered appearances:

ROBINHOOD FINANCIAL LLC
c/o Incorporating Services, Ltd.
7801 Folsom Blvd., Suite #202
Sacramento, CA 95826

ROBINHOOD SECURITIES LLC
c/o Incorporating Services, Ltd.
7801 Folsom Blvd., Suite #202
Sacramento, CA 95826

ROBINHOOD MARKETS, INC.
c/o Incorporating Services, Ltd.
7801 Folsom Blvd., Suite #202
Sacramento, CA 95826

*By: s/ Rachel E. Morowitz*
Rachel E. Morowitz (SBN 326385)