Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone (510) 463-3900
Fax (510) 463-3901
jlewis@kellerrohrback.com

Attorneys for Plaintiffs
*(Additional Attorneys Listed on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SPENCER LYBROOK, ALEC ENGLISH, MICHAEL WATSON, and CODY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | No. 4:21-cv-01596<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL RACHEL E. MOROWITZ ON BEHALF OF PLAINTIFFS AND REMOVAL FROM CM/ECF SERVICE LIST**<br><br>Honorable Haywood S. Gilliam, Jr. |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby requests that Rachel E. Morowitz of the law firm Keller Rohrback L.L.P., is withdrawn as counsel herein for Plaintiffs in this case. All other attorneys at Keller Rohrback remain as counsel of record for Plaintiffs. Ms. Morowitz also requests to be removed from the CM/ECF service list for the instant action. A proposed Order is attached as Exhibit A.

REPSECTFULLY SUBMITTED this 17th day of December, 2021.

KELLER ROHRBACK L.L.P.

By: *s/ Rachel E. Morowitz*
    Rachel E. Morowitz (SBN 326385)
    Gretchen Freeman Cappio (*appearance pro hac vice*)
    Ryan McDevitt (*appearance pro hac vice*)
    Maxwell Goins (*appearance pro hac vice*)
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    rmorowitz@kellerrohrback.com
    gcappio@kellerrohrback.com
    rmcdevitt@kellerrohrback.com
    mgoins@kellerrohrback.com

    Jeffrey Lewis (SBN 66587)
    KELLER ROHRBACK L.L.P.
    180 Grand Avenue, Suite 1380
    Oakland, CA 94612
    Phone: (519) 463-3900
    Fax: (510) 463-3901
    jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I, Rachel E. Morowitz, hereby certify that on this 17th day of December, 2021, I electronically filed the above Notice of Withdrawal of Counsel Rachel E. Morowitz on Behalf of Plaintiffs with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*By: s/ Rachel E. Morowitz*
Rachel E. Morowitz (SBN 326385)

**EXHIBIT A**

Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone (510) 463-3900
Fax (510) 463-3901
jlewis@kellerrohrback.com

Attorneys for Plaintiffs
*(Additional Attorneys Listed on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SPENCER LYBROOK, ALEC ENGLISH, MICHAEL WATSON, and CODY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | No. 4:21-cv-01596<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL RACHEL E. MOROWITZ ON BEHALF OF PLAINTIFFS AND REMOVAL FROM CM/ECF SERVICE LIST**<br><br>Honorable Haywood S. Gilliam, Jr. |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1  Upon consideration of the Notice of Withdrawal and Removal from CM/ECF Service List,

2  IT IS HEREBY ORDERED that Rachel E. Morowitz of the law firm Keller Rohrback L.L.P.,
is withdrawn as counsel for Plaintiffs in this case, and that Plaintiffs shall continue to be represented by other counsel at Keller Rohrback.  IT IS ALSO ORDERED that Ms. Morowitz shall be removed from the CM/ECF Service List.

Date: _____, 202_

HONORABLE Haywood S. Gilliam, Jr.
United States District Judge