1  Jeffrey Lewis (SBN 66587)
   KELLER ROHRBACK L.L.P.
2  180 Grand Avenue, Suite 1380
   Oakland, CA 94612
3  Phone (510) 463-3900
4  Fax (510) 463-3901
   jlewis@kellerrohrback.com
5
   Attorneys for Plaintiffs
6   *(Additional Attorneys Listed on Signature Page)*

7

8                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
9                                  OAKLAND DIVISION

10 | | |
|---|---|
| SPENCER LYBROOK, ALEC ENGLISH, MICHAEL WATSON, and CODY HILL, individually and on behalf of all others similarly situated, | No. 4:21-cv-01596 |
| | **NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL MAXWELL H. GIONS ON BEHALF OF PLAINTIFFS AND REMOVAL FROM CM/ECF SERVICE LIST** |
| Plaintiffs, | |
| v. | **DATE:   MAY 5, 2022** |
| ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC., | **TIME:   9:00 A.M.** |
| | **Judge:  Haywood S. Gilliam, Jr.** |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, on May 5, 2022, or as soon thereafter as the matter may be heard before the Honorable Haywood S. Gilliam, Jr., without oral argument, Maxwell H. Goins of Keller Rohrback LLP, 12021 Third Avenue, Suite 3200, Seattle, WA 98101, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiffs in this case.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to LOCAL R. 11-5, Maxwell H. Goins ("Movant") hereby notifies the parties and the

1  Court of his intent to withdraw as counsel pro hac vice for Plaintiffs. Movant states the following
2  grounds for this notice and motion:

3    This Court granted Movant leave to appear pro hac vice in this action pursuant to its March 15,
4  2021 Order, ECF 16.

5    Movant has represented Plaintiffs as part of his employment at Keller Rohrback LLP.
6  However, Maxwell H. Goins is no longer employed with Keller Rohrback LLP.

7    All other attorneys at Keller Rohrback remain as counsel of record for Plaintiffs.  Mr. Goins
8  also requests to be removed from the CM/ECF service list for the instant action.

9    Given the Standing Order Regarding COVID-19 Procedures, Movant respectfully requests that
10  the Court waive oral argument. THEREFORE, Movant Maxwell H. Goins respectfully requests that
11  this Court waive oral argument on this Motion, grant him leave to withdraw as counsel pro hac vice in
12  the above-captioned matter, and enter an order stating that Movant has so withdrawn.

13    REPSECTFULLY SUBMITTED this 31st day of March, 2022.

KELLER ROHRBACK L.L.P.

By: *s/ Maxwell H. Goins*
 Maxwell Goins (*pro hac vice*)
 Gretchen Freeman Cappio (*pro hac vice*)
 Ryan McDevitt (*pro hac vice*)
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101-3052
 Phone: (206) 623-1900
 Fax: (206) 623-3384
 mgoins@kellerrohrback.com
 gcappio@kellerrohrback.com
 rmcdevitt@kellerrohrback.com
 mgoins@kellerrohrback.com

 Jeffrey Lewis (SBN 66587)
 KELLER ROHRBACK L.L.P.
 180 Grand Avenue, Suite 1380
 Oakland, CA 94612
 Phone: (519) 463-3900
 Fax: (510) 463-3901
 jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*

No. 4:21-cv-01596    2    PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL

**CERTIFICATE OF SERVICE**

I, Maxwell H. Goins, hereby certify that on this 31st day of March, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Maxwell H. Goins*
Maxwell H. Goins