Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone (510) 463-3900
Fax (510) 463-3901
jlewis@kellerrohrback.com

Attorneys for Plaintiffs
*(Additional Attorneys Listed on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SPENCER LYBROOK, ALEC ENGLISH, MICHAEL WATSON, and CODY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | No. 4:21-cv-01596<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL MAXWELL H. GOINS ON BEHALF OF PLAINTIFFS AND REMOVAL FROM CM/ECF SERVICE LIST**<br><br>Honorable Haywood S. Gilliam, Jr. |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Upon consideration of the Notice of Withdrawal and Removal from CM/ECF Service List,

IT IS HEREBY ORDERED that Maxwell H. Goins of the law firm Keller Rohrback L.L.P., is withdrawn as counsel for Plaintiffs in this case, and that Plaintiffs shall continue to be represented by other counsel at Keller Rohrback. IT IS ALSO ORDERED that Mr. Goins shall be removed from the CM/ECF Service List.

Date: 4/1/2022

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE Haywood S. Gilliam, Jr.
United States District Judge

No. 4:21-cv-01596   1   ORDER GRANTING PLAINTIFFS' MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL